In the Matter of the Accounting of JOHN O. BALL, as Trustee under the Will of MARY CAULFIELD, Deceased.

JOHN O. BALL, Individually and as Trustee, Appellant; THOMAS J. CAULFIELD et al., Respondents.

*Matter of Ball*, 165 App. Div. 920, affirmed.
(Argued September 27, 1915; decided October 12, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 20, 1914, which affirmed three decrees of the Kings County Surrogate's Court surcharging the accounts of John O. Ball, as trustee under the will of Mary Caulfield, deceased.

*Henry A. Forster* and *A. P. Bachman* for appellant.

*William J. Mahon* for Thomas J. Caulfield, respondent.

*Richards Mott Cahoone* for Annie M. Caulfield, respondent.

*Alice Dillingham* for Thomas J. Caulfield, Jr., et al., respondents.

Order affirmed, with costs to the respondent Thomas J. Caulfield and both special guardians who were represented upon the argument; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, SEABURY and POUND, JJ.